ORIGINAL

Warrant for Arrest          Steven D. DeBrota, Assistant United States Attorney  Telephone No. (317) 226-6333

# United States District Court

## **SOUTHERN**          **DISTRICT OF**          **INDIANA**

UNITED STATES OF AMERICA
V.
MATTHEW OHLMANN

**WARRANT FOR ARREST**

**CAUSE NUMBER:**  4:11-MJ-0007

To:   The United States Marshal
   and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      MATTHEW OHLMANN      and bring him or her forthwith to the nearest magistrate to answer a(n)

_ Indictment  _ Information  X Complaint  _ Order of Court  _ Violation Notice  _ Probation Violation Petition

charging him or her with (brief description of offense)

receipt and possession of visual depictions of actual minors engaged in sexually explicit conduct

in violation of Title  18  United States Code, Section(s)   2252(a)(2) and (a)(4)(B)

Kennard P. Foster                               U.S. Magistrate Judge
Name of Issuing Officer                          Title of Issuing Officer

Signature of Issuing Officer                     March 3, 2011 Indianapolis, Indiana
                                                 Date and Location

(By) Deputy Clerk                          by _____
                                              Name of Judicial Officer

Bail fixed at $ _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at JEFFERSONVILLE IN. |

| DATE RECEIVED  3/3/11 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  3/3/11 | D TETLEY  DUSM | |