UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 4:11-mj-7-MGN |
| | ) | |
| MATTHEW OHLMANN, | ) | |
| Defendant. | ) | |

Entry for March 7, 2011

Before the Hon. Michael G. Naville, Magistrate Judge

     This matter is before the Court for a Preliminary Examination and Detention Hearing on a Complaint filed March 3, 2011. The government appears by AUSA, A. Brant Cook. The defendant appears in person and by CJA counsel, Patrick J. Renn. U.S. Probation Office represented by Brian Bowers. U.S. Marshal represented by Dan Tetley. Special Agent Kerry Reifel, FBI, also present.

     The Defendant advises the Court he now wishes to waive his right to a preliminary examination and executes a written waiver of the same. The Defendant also waives his right to a detention hearing at this time, however, he reserves the right to request a hearing on the matter at a later date, should new evidence become available. Therefore, the Motion for Pretrial Detention is GRANTED, and the defendant shall be detained pending trial. The defendant is remanded to the custody of the U.S. Marshal.

     The Government moves to unseal the search warrant in Cause No. 4:11-mj-4-MGN for the limited purpose of disclosure to defendant's counsel in this matter, and the same was granted by the Court.

                                                                                                                _____
Copies:                                                                     Michael Naville
                                                                             United States Magistrate Judge
A. Brant Cook                                              Southern District of Indiana
Brant.cook@usdoj.gov

Patrick J. Renn
prenn@600westmain.com

U.S. Probation
U.S. Marshal