UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.  4:11-MJ-00007-MGN |
| | ) |
| MATTHEW OHLMANN, | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter is before the Court on the unopposed motion of the United States to extend the time period in which to return an indictment in this matter.

Having reviewed the motion, the Court finds that a period of delay not to exceed July 18, 2011 is warranted and thus, excludable pursuant to Title 18, United States Code, Section 3161(h).  The Court finds that this period of delay is warranted and results from the fact that the defendant and the Government are discussing the issues of this case.  The government also requests additional time to review the evidence of this case.  Title 18, United States Code, Section 3161(h)(8)(A).

The Court also finds that the ends of justice will be served by granting this continuance and outweigh the best interests of public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED, that any indictment or information in this cause be filed by July 18, 2011.  It is further ordered that the period of delay

from the filing of the motion to and including 45 days to July 18, 2011 be excluded from the Speedy Trial Act computation.

DATE:  6/6/2011

/s/ Michael G. Naville
Michael G. Naville
United States Magistrate Judge
Southern District of Indiana

Copies to:

Steven D. DeBrota
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana  46204

Patrick J. Renn
600 West Main Street, Suite 100
Louisville, KY 40202
prenn@600westmain.com

United States Marshal's Service

United States Probation